UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HAITO ZENG,

                              Plaintiff,

-v-

HSBC BANK USA, N.A., Equifax Information Services, LLC and Experian Information Solutions, Inc.,

                              Defendants.

21 Civ. 2631 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's conference, the Court stayed the case until September 7, 2021 to permit plaintiff's counsel to investigate whether plaintiff's son made the charges at issue. By August 4, 2021, Defendant HSBC Bank USA, N.A. ("HSBC") is directed to produce to plaintiff any documentation it has identifying the source of the charges. By September 7, 2021, plaintiff's counsel is directed to file a status letter indicating whether plaintiff intends to pursue the case, and if so, setting out in detail the determinations counsel has made as to the origin of the charges at issue.

HSBC reserves its right to move to compel arbitration in the event that plaintiff decides to continue with the case.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: July 21, 2021
       New York, New York